SO ORDERED.

SIGNED this 10th day of October, 2018.



*Catharine R Aron*
_____
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| ) | |
| DENNIS ALVIN STURDIVANT SS xxx-xx-6894 ) | Case No: B-18-50719    C-13W |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

**ORDER CONFIRMING CHAPTER 13 PLAN**

This case came before the Court on October 3, 2018 for hearing on the Trustee's objection to confirmation regarding the Debtor's Amended Plan filed on August 20, 2018, Docket No. 16 ("Plan"). All necessary parties having received proper notice, Kathryn L. Bringle, Chapter 13 Trustee, appeared.

The Court finds that the Plan as modified at the hearing complies with the requirements of 11 U.S.C. §1325 and should be confirmed with the modification ordered below; therefore, it is

ORDERED that the Plan is confirmed with the following modification:

§5b is modified to show the surrender of the Kirby vacuum cleaner purchased on or about April 4, 2018 to United Consumer Financial Services. The Creditor has 120 days from the date of entry of this Order to file a documented deficiency claim with the Court.

(END OF DOCUMENT)

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
18-50719 C-13W

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER**
**SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**